UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BRESCIA,

                           Plaintiff(s),                    **ORDER**

                        - against -                      18 Civ. 8715 (NSR)

LTF CLUB MANAGEMENT COMPANY LLC, et al.,

                         Defendant(s).

-----------------------------------------------------------X

Román, D.J.:

        The Court waives the Initial Pre-trial Conference, will sign the Scheduling Order and issue an Order of Reference to Magistrate Judge Paul E. Davison for general pretrial purposes. The parties are directed to contact Judge Davison within seven (7) business days to schedule a conference.

                                                    SO ORDERED.

Dated:       White Plains, New York
                 February 21, 2020

                                                   Nelson S. Román, U.S.D.J.